# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00061-CV

**Tommy Joe Kelley, Appellant**

**v.**

**Jason English, Rob Drummond, Angie Creasy, The Honorable Julie Kocurek, The Honorable Bob Pemberton, The Honorable Sharon Keller, and The Honorable Margaret Moore, Appellees**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-003453, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 22, 2021. On May 20, 2021, this Court sent a notice to appellant informing him that his brief was overdue and that failure to file a satisfactory response by June 1, 2021, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Edward Smith, Justice

Before Justices Goodwin, Baker, and Smith

Dismissed for Want of Prosecution

Filed: August 13, 2021